IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-21052
Summary Calendar
_____


BOBBY R. BROWN,

                                        Plaintiff,

ABBAS ALI,

                                        Movant-Appellant,

versus

DR. GEORGE J. BETO; C.L. MCADAMS;
D.V. MCKASKLE; BOBBY LEE TAYLOR,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-69-CV-74
--------------------
July 18, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Abbas Ali, Texas state prisoner #380190, appeals from the
district court's denial of his motion for enforcement of a
consent decree or for civil contempt.  He argues that prison
officials are denying him the right to freely practice his
religion.  We have reviewed the record and find no reversible
error.  Ali has not shown that the district court's denial of his
motion was an abuse of discretion.  See Martin v. Trinity Indus.,

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Inc., 959 F.2d 45, 47 (5th Cir. 1992); Piggly Wiggly Clarksville,

Inc. v. Mrs. Baird's Bakeries, 177 F.3d 380, 382 (5th Cir. 1999).

Accordingly, the judgment of the district court is AFFIRMED.

Ali's motion for default judgment is DENIED.

AFFIRMED; MOTION DENIED.